**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

ADIN ASCHER

      Plaintiff,

v.                                                    CASE NO. 3:26-cv-00055

EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL.,

      Defendants.

_____

**JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO INNOVIS DATA SOLUTIONS, INC.**

    **NOW COME** Plaintiff and Innovis Data Solutions, Inc. ("Innovis"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Innovis only in the above-styled action, with Plaintiff and Innovis to bear their own fees, costs and expenses.

    This Joint Stipulation does not impact Plaintiff's claims against any other Defendant.

    Respectfully submitted this June 24, 2026.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman
6108 Siegen Lane, Ste. B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

*/s/Jason A. Spak*
Jason A. Spak
ATTORNEY FOR DEFENDANT
Troutman Pepper Locke, LLP
500 Grant Street, Ste. 300
Pittsburgh, PA 15219
412-347-1247
Jason.spak@troutman.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 24th of June 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

*/s/ Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF