UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADIN ASCHER                                             CIVIL ACTION

VERSUS

EXPERIAN INFORMATION                        NO. 26-00055-BAJ-EWD
SOLUTIONS, INC., ET AL.

## PARTIAL JUDGMENT

Considering the **Joint Stipulation of Dismissal With Prejudice as to Innovis Data Solutions, Inc. (Doc. 32)**, which is signed by counsel for both Parties and dismisses Defendant Innovis Data Solutions, Inc., *only*, in the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Innovis Data Solutions, Inc., *only*, be and is hereby **DISMISSED WITH PREJUDICE**, from the above-captioned action, with each party to bear its own costs.

Baton Rouge, Louisiana, this 25th day of June, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA