**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ADIN  ASCHER                                                CIVIL ACTION

VERSUS                                                NO. 2026-CV-00055-BAJ-EWD

EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.

## ORDER

**The deadlines established below are based on the parties' submissions and are final**

**deadlines**.  In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are

established:

1. The deadline to join other parties or to amend the pleadings is **August 3, 2026.**[1] Regardless of whether leave is timely under this provision, a party seeking to amend must comply with the requirements of Fed. R. Civ. Proc. 15.

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **7 days before the scheduling conference by Local Civil Rule, unless otherwise ordered**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **February 25, 2027**

    NOTE:  Any motions filed regarding discovery must be accompanied by certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts; and expert reports must be submitted to opposing parties as follows:
    **Plaintiff(s):**          **March 25, 2027**
    **Defendant(s):**          **April 9, 2027**

    d. Discovery from experts must be completed by:  **May 25, 2027**

---

[1]Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure. Any proposed amended pleading shall be comprehensive and include all relevant allegations as revised, supplemented or amended such that it will become the operative pleading without reference to any other document in the record.  Any amendment sought under Fed.R.Civ.P. 15(a)(2) requires leave of court whether or not the opposing party consents even if filed before this deadline, however the movant shall advise whether the opposing party consents.  See LR 7(e).

3.    Deadline to file dispositive motions and Daubert motions: **June 25, 2027**

4.    Deadline to request settlement conference: **July 25, 2027**[2]

5.    Deadline to file pre-trial order: **October 15, 2027**[3]

6.    Deadline to file motions in limine: **November 12, 2027.**  Responses to motions in limine shall be filed within the time period provided by the local rules.

7.    Deadline to file an affidavit of settlement efforts: **November 26, 2027**

8.    Pre-trial conference date: **October 28, 2027 at 2:30 p.m.** in the chambers of the Honorable Brian A. Jackson.

9.    Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **December 27, 2026**

      **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

10.   A **4-day jury trial** is scheduled for **8:30 a.m. beginning on January 10, 2028 in Courtroom 2 before the Honorable Brian A. Jackson.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.  Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically.  All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P.  Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are

---

[2] The parties shall contact chambers at 225-389-3584 to schedule a settlement conference.
[3] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under

"E-Filing," "CM/ECF Info," "Administrative Procedures."

Signed in Baton Rouge, Louisiana, on July 7, 2026.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**